UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PORTAGE THEATER L.L.C., | |
| Plaintiff, | |
| v. | Case No.: 1:22-cv-04844 |
| GENERAL STAR INDEMNITY COMPANY, | Judge Gary Feinerman |
| Defendants. | |

**JURISDICTIONAL ADDENDUM**

Defendant, GENERAL STAR INDEMNITY COMPANY ("GENERAL STAR"), by and through its counsel, for its Jurisdictional Addendum in response to this Court's Minute Entry dated September 9, 2022, states as follows:

Defendant, Portage Theater L.L.C. is an Illinois limited liability company. The sole member of Portage Theater L.L.C. is Manuel Gliksberg. Mr. Gliksberg is a citizen and resident of Illinois. Upon information and belief, Avra Properties L.L.C. may be a manager of Portage Theater L.L.C., however, Mr. Gliksberg is also the sole member of Avra Properties L.L.C. Therefore, all members of Portage Theater L.L.C. are citizens and residents of Illinois.

Defendant, General Star Indemnity Company is a corporation, incorporated in Delaware, with a principal place of business in Connecticut. General Star is therefore a citizen and resident of both Delaware and Connecticut for purposes of federal diversity jurisdiction. Accordingly, complete diversity exists between the parties, and existed on September 8, 2022, at the time of removal of this action.

Respectfully submitted,

GENERAL STAR INDEMNITY COMPANY

/s/ Michelle M. Bracke
Michelle M. Bracke, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
550 W. Adams, Suite 300
Chicago, Illinois 60661
michelle.bracke@lewisbrisbois.com
Ph: 312.463-3318

Dated this September 15, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of September, 2022, a copy of the foregoing JURISDICTIONAL ADDENDUM was electronically served via CM/ECF, and was emailed to:

Robin Letchinger, Esq.
Peter Danos, Esq.
CROKE FAIRCHILD MORGAN & BERES, L.L.C.
180 N. LaSalle Street, Suite 2750
Chicago, Illinois 60601
Telephone: (312) 768.4700
Facsimile: (312) 260-0808
rletchinger@crokefairchild.com
pdanos@crokefairchild.com

Attorneys for Plaintiff

*/s/ Michelle M. Bracke*
Michelle M. Bracke