UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PORTAGE THEATER LLC<br><br>Plaintiff,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>Defendant. | Case No. 1:22cv04844<br><br>Judge Mary M. Rowland |

**PLAINTIFF DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 of this District, undersigned counsel for Plaintiff submits the following Disclosure Statement:

Plaintiff, Portage Theater LLC ("Plaintiff") is an Illinois Limited Liability Company with its principal place of business at 223 West Lake Street 2P, Chicago, Illinois 60606. Plaintiff's sole member is Portage Owner LLC, a Delaware Limited Liability Company. The sole member of Portage Owner LLC is the Jamie Gliksberg Descendant Trust, whose sole Trustee is individual Jamie Gliksberg, citizen of Illinois.

Respectfully submitted,

/s/ ***Robin L. Letchinger***
One of the Attorneys for
Portage Theater LLC

Robin L. Letchinger (ARDC #6204937)
Pantelis G. Danos (ARDC #6331309)
Croke Fairchild Duarte & Beres
180 N. LaSalle Street
Suite 2750
Chicago, Illinois 60601

(312) 505-1424
rletchinger@crokefairchild.com
pdanos@crokefairchild.com

*Counsel for Portage Theater LLC*