# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: PORTAGE THEATER LLC v. GENERAL STAR INDEMNITY COMPANY

Case Number: 1:22cv04844

An appearance is hereby filed by the undersigned as attorney for:

Portage Theater LLC

Attorney name (type or print): Brian C. Prendergast

Firm: Croke, Fairchild, Duarte & Beres

Street address: 191 N. Wacker Dr., 31st Floor

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6309942
(See item 3 in instructions)

Telephone Number: (312) 641-0881

Email Address: bprendergast@crokefairchild.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☑ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☑ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☑ No |
| If this case reaches trial, will you act as the trial attorney? | ☑ Yes | ☐ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 02/03/2023

Attorney signature: S/ Brian C. Prendergast
(Use electronic signature if the appearance form is filed electronically.)