UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PORTAGE THEATER L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>GENERAL STAR INDEMNITY COMPANY,<br><br>Defendant. | Case No. 1:22cv04844<br><br>Judge Mary M. Rowland<br><br>**JURY TRIAL DEMANDED** |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Order of March 23, 2023 (Dkt. No. 27), the Parties hereby submit a Joint Status Report:

**I. The Parties Have Resolved Defendant's Motion For Relief For Discovery Violations**

The Parties agree that Plaintiff's supplemental document production mooted Defendants' March 22, 2023 Motion for Relief for Failure to Comply with Discovery Order, and that no further relief is requested or needed.

**II. Fact Discovery Will Not Likely Be Completed By May 16, 2023.**

Plaintiff made a significant supplemental production on March 29, 2023. While the Parties have taken one deposition, the Parties have 5-7 remaining fact depositions to take, and are just now preparing deposition notices and working out a schedule to complete these depositions. Given the other existing obligations of the attorney's involved, as well as the anticipated scheduling constraints of the witnesses (some of whom are unrelated third parties), the Parties do not believe they can complete fact discovery by May 16, 2023.

The Parties therefore jointly request that the close of fact discovery be set for June 7, 2023.

## III. Joint Proposed Amended Schedule:

The Parties respectfully request that the following dates be reset:

i. Deadline to amend pleadings reset to May 15, 2023;

ii. Deadline to close fact discovery reset to June 7, 2023;

iii. Deadline for disclosure of experts opining on issues for which a party bears the burden of proof reset to July 10, 2023;

iv. Deadline for rebuttal disclosures reset to August 24, 2023; and

v. Deadline to complete expert depositions October 9, 2023.

## IV. SETTLEMENT CONFERENCE

The Parties believe a settlement conference prior to the expense of expert discovery would be productive.

Respectfully submitted,

CROKE, FAIRCHILD, DUARTE & BERES LLC

By:/s/ Brian C. Prendergast
Attorneys for Plaintiff/Counter-Defendant

LEAHY EISENBERG & FRANKEL LTD

By:/s/ Michelle Bracke
Attorneys for Defendant/Counter-Plaintiff

Robin L. Letchinger (ARDC #6204937)
Pantelis G. Danos (ARDC #6331309)
Croke Fairchild Duarte & Beres
180 N. LaSalle Street
Suite 2750
Chicago, Illinois 60601
(312) 505-1424
rletchinger@crokefairchild.com
pdanos@crokefairchild.com

Brian C. Prendergast (ARDC #6309942)
Croke Fairchild Duarte & Beres
191 N. Wacker Dr. 31st Floor
Chicago, Illinois 60606
(312) 641-0881
bprendergast@crokefairchild.com

*Counsel for Portage Theater*

## CERTIFICATE OF SERVICE

I, Brian C. Prendergast, certify that on April 21, 2023, I caused the foregoing **Joint Status Report** to be served on all counsel of record listed via the Court's ECF system.

/s/*Brian C. Prendergast*